UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN GRAY,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>PERRY RUSSELL, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:23-cv-00329-MMD-CSD<br><br>ORDER GRANTING MOTION TO EXTEND TIME<br><br>(ECF No. 5) |

On September 26, 2023, the Court screened plaintiff Brian Gray's civil-rights complaint, allowing one claim to proceed and dismissing the other claims with leave to amend by October 26, 2023. (ECF No. 3). Before that deadline expired, Plaintiff moved to extend it to November 26, 2023, which is a Sunday. (ECF No. 5). The Court finds that good cause exists to extend the deadline to Monday, November 27, 2023.

It is therefore ordered that Plaintiff's motion to extend time (ECF No. 5) is granted.

It is further ordered that the deadline for Plaintiff to file a first amended complaint is extended to November 27, 2023.

If Plaintiff does not file a first amended complaint by November 27, 2023, this action will proceed immediately on only the Eighth Amendment claim about indifference to the weather condition against Sandra Walker.

DATED THIS 15th day of November 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE