AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail:  acnelson@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN GRAY, | Case No.  3:23-cv-00329-MMD-CSD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| COLLINS, et al., | |
| Defendants. | |

Plaintiff, Brian Gray, *pro se*, and Interested Party, the Nevada Department of Corrections (NDOC), by and through counsel Aaron D. Ford, Attorney General, and Andrew C. Nelson, Senior Deputy Attorney General, hereby

///
///
///
///
///
///
///
///
///

1    stipulate and agree that this matter be dismissed with prejudice by Order of this Court,

2    each party to bear their own attorney's fees and costs.

3

4    DATED this ___ of ___ 2024.          DATED this 6th of February 2024.

5                                          AARON D. FORD
                                           Attorney General
6    By: _____ #93478
     Brian Gray, #93478                    By: /s/Andrew C. Nelson
7    Plaintiff, pro se                     Andrew C. Nelson (Bar No. 15971)
                                           Senior Deputy Attorney General
8                                          Attorneys for Interested Party, NDOC

9

10

11

12   **IT IS SO ORDERED.**

13   DATED this 12th day of February , 2024.

14

15   _____
     **UNITED STATES DISTRICT COURT JUDGE**

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 12, 2024, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Brian Gray, #93478
Northern Nevada Correctional Center
P. O. Box 7000
Carson City, NV 89702

                                        */s/ Karen Easton*
                                        An employee of the
                                        Office of the Nevada Attorney General